# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 20-cr-20117-MSN |
| JAIME WALSH, | * | |
| Defendant. | * | |

## DEFENDANT'S POSITION PAPER REGARDING SENTENCING

Defendant Jaime Walsh, through counsel, hereby submits his position paper regarding sentencing. On May 5, 2021, U.S. Probation prepared its draft Presentence Investigation Report ("PSR"). Defense counsel forwarded the PSR to Mr. Walsh for review. On May 21, 2021, Mr. Walsh and defense counsel reviewed the PSR together through Zoom videoconferencing. Mr. Walsh advised that he has reviewed each page of the PSR. Mr. Walsh advised that he does not have any objections to the PSR that he wishes to raise for the Court's consideration.

Sentencing is set for June 9, 2021. Defense counsel will address the 18 U.S.C. § 3553(a) factors at sentencing.

Respectfully Submitted,

DORIS RANDLE-HOLT
FEDERAL DEFENDER

*s/ Unam Peter Oh*
Assistant Federal Defender
200 Jefferson Ave., Suite 200
Memphis, TN 38103
(901) 544-3895

## **CERTIFICATE OF SERVICE**

    I, Unam Peter Oh, certify that a true copy of the foregoing was forwarded via the Court's electronic filing system to Scott Smith, Assistant United States Attorney, Clifford Davis and Odell Horton Federal Office Building, Suite 800, 167 North Main Street, Memphis, Tennessee, 38103.

    This, the 6th day of June 2021.

                                           *s/ Unam Peter Oh*
                                           Assistant Federal Defender